IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LULULEMON ATHLETICA CANADA INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 20-cv-07345 <br><br> **Judge John Robert Blakey** <br><br> **Magistrate Judge M. David Weisman** |

**DECLARATION OF SERVICE**

I, Isaku Begert, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Lululemon Athletica Canada Inc. ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On December 15, 2020, this Court entered an Order [22] permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronically publishing a link to the Complaint, TRO and other relevant documents on a website to which the Domain Names which are transferred to Plaintiff's control will redirect, or by sending an e-mail to the e-mail addresses identified in Exhibits 4 and 5 to the Declaration of Perveen Atwal and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

3. I hereby certify that on January 6, 2021, I electronically published the Complaint, TRO, Summons and other relevant documents on a website to which the Domain Names will redirect.

4. I hereby certify that on January 6, 2021, I sent an e-mail to the e-mail addresses identified in Exhibits 4 and 5 to the Declaration of Perveen Atwal and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

5. The completed Return of Service form is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of January 2021, at Chicago, Illinois.

/s/ Isaku Begert
Isaku Begert
GREER, BURNS & CRAIN, LTD.
300 S. Wacker Drive, Suite 2500
Chicago, Illinois 60606
Telephone: 312-360-0080
ibegert@gbc.law

Counsel for Plaintiff
Lululemon Athletica Canada Inc.