IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LULULEMON ATHLETICA CANADA INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 20-cv-07345 <br><br> Judge John Robert Blakey |

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiff Lululemon Athletica Canada Inc.'s ("Lululemon") Motion for Entry of a Preliminary Injunction [31], and this Court having reviewed the evidence before it hereby GRANTS Plaintiff's Motion for Entry of a Preliminary Injunction in its entirety against the defendants identified on Schedule A to the Complaint and attached hereto (collectively, the "Defendants") and using the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint (collectively, the "Seller Aliases").

This Court further finds that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. "In the context of cases like this one, that

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces and Domain Names.

means a plaintiff must show that each defendant is actually operating an interactive website that is accessible in Illinois and that each defendant has aimed such site at Illinois by standing ready, willing and able to ship its [infringing] goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts with the state)." *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A*, 192 F.Supp.3d 924, 934 (N.D. Ill. 2016). Specifically, Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars and, on information and belief, have sold products using infringing and counterfeit versions of Lululemon's federally registered trademarks (the LULULEMON Trademarks) to residents of Illinois. *See* [12] (Declaration of Perveen Atwal) at ¶ 16, [13], [14]. In addition, Plaintiff's screenshot evidence confirms that each Seller Alias stands ready, willing and able to ship its counterfeit goods to customers in Illinois. *Id.* Moreover, several Seller Aliases have in fact shipped counterfeit goods to Illinois. *Id.* A list of the LULULEMON Trademarks is included in the chart below.

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 4,391,115 | LULULEMON | Clothing, namely, t-shirts, shirts, tank tops, sweatshirts, sweaters, jerseys, jumpers, pants, sweatpants, shorts, skirts, dresses, jackets, coats, vests, underwear, socks, warm-up suits, bodysuits, leotards, tights, leggings, leg warmers; headwear, namely, hats, |

| | | |
|---|---|---|
| | | caps, toques, visors, headbands, bandanas; clothing accessories, namely, belts, scarves, shawls, shoulder wraps, arm warmers, mittens, gloves; sandals in class 025. |
| 3,990,179 | LULULEMON | Retail store services featuring clothing, apparel, accessories, headwear, socks, yoga equipment, athletic equipment, bags, backpacks, tote bags, pre-recorded DVDs, featuring topics relating to yoga instruction, yoga philosophy, exercise and health living; online retail store services featuring clothing, apparel, accessories, headwear, socks, yoga equipment, athletic equipment, bags, backpacks, tote bags, pre-recorded DVDs, featuring topics relating to yoga instruction, yoga philosophy, exercise and health living in class 035. |
| 3,985,876 | LULULEMON ATHLETICA | Retail store services featuring clothing, apparel, accessories, headwear, socks, yoga equipment, athletic equipment, bags, backpacks, tote bags, pre-recorded DVDs, featuring topics relating to yoga instruction, yoga philosophy, exercise and health living in class 035. |
| 2,607,811 | lululemon athletica | Clothing, namely, pants, shirts, t-shirts, shorts, sweatshirts, sweatpants, socks, jackets, coats, hats in class 025. |

| | | |
|---|---|---|
| 3,985,881 | lululemon athletica | Retail store services featuring clothing, apparel, accessories, headwear, socks, yoga equipment, athletic equipment, bags, backpacks, tote bags, pre-recorded DVDs, featuring topics relating to yoga instruction, yoga philosophy, exercise and health living in class 035. |
| 2,460,180 | [lululemon logo] | Clothing, namely, pants, shirts, t-shirts, shorts, sweatshirts, sweatpants, socks, jackets, coats, hats in class 025. |
| 3,985,877 | [lululemon logo] | Retail store services featuring clothing, apparel, accessories, headwear, socks, yoga equipment, athletic equipment, bags, backpacks, tote bags, pre-recorded DVDs, featuring topics relating to yoga instruction, yoga philosophy, exercise and health living; online retail store services featuring clothing, apparel, accessories, headwear, socks, yoga equipment, athletic equipment, bags, backpacks, tote bags, pre-recorded DVDs, featuring topics relating to yoga instruction, yoga philosophy, exercise and health living in class 035. |
| 3,024,374 | LUON | Clothing, namely, T-shirts, shirts, pants, shorts, sweatshirts, sweatpants, tank tops, jackets, coats and hats for men, women and children in class 025. |
| 3,116,371 | SILVERESCENT | Clothing, namely T-shirts, shirts, pants, shorts, skirts, dresses, sweatshirts, sweatpants, tank tops, underwear, socks, jackets, coats, headwear, footwear in class 025. |

|  |  |  |
|---|---|---|
| 3,272,013 | VITASEA | Dresses; Pants; Shirts; Skirts; Sweat pants; Sweat shirts; T-shirts; Tank tops; Underwear in class 025. |
| 3,976,389 | LUXTREME | Body suits; Jackets; Leggings; Pants; Shirts; Shorts; Skirts; Tank tops; Tights in class 025. |
| 3,978,257 | GROOVE | Yoga pants in class 025. |
| 3,978,258 | GROOVE PANT | Yoga pants in class 025. |
| 4,033,939 | SET-MY-PONYTAIL-FREE | Clothing, namely, hooded sweatshirts, jackets and coats; Headwear, namely, hats and caps in class 025. |
| 4,214,049 | WUNDER UNDER | Clothing, namely crop pants, pants, shorts, tights, leggings in class 025. |
| 4,214,052 | POWER Y | Clothing, namely, tank tops, bras in class 025. |
| 4,219,265 | RULU | Clothing, namely, T-shirts, shirts, pants, shorts, sweatshirts, sweatpants, tank tops, underwear, socks, jackets, coats and hats for men, women and children in class 025. |
| 4,234,113 | DEFINE JACKET | Clothing, namely, jackets in class 025. |
| 4,333,759 | SCUBA | Clothing, namely, hooded sweatshirts, jackets, coats, tops in class 025. |
| 4,823,727 | LOCK 'EM DOWN | Clothing, namely, underwear in class 025. |
| 4,832,086 | NAKEDSEAM | Athletic apparel, namely, pants, shorts, crops, leggings, shirts, t- |

| | | |
|---|---|---|
| | | shirts, tank tops, jackets, and outerwear, namely, coats in class 025. |
| 4,832,139 | CUFFINS | Clothing, namely, jackets, sweatshirts, shirts, sweaters in class 025. |
| 4,846,298 | LUXCHANGE | Apparel, namely, jackets, coats, parkas, and sweatshirts in class 025. |
| 4,905,437 | PACE BREAKER | Clothing, namely, shorts and underwear in class 025. |
| 4,964,908 | FULL-ON | Athletic apparel, namely, pants, shorts, crop pants, tights and leggings all for men, women and children; all of the foregoing expressly excluding cosmetics in class 025. |
| 5,040,370 | ALL THE RIGHT PLACES | Clothing, namely, crop pants, pants, shirts, tights, leggings in class 025. |
| 5,041,355 | BLOCK-IT POCKET | Clothing, namely, pants, sweatpants, shorts in class 025. |
| 5,413,086 | SWIFTLY | Clothing, namely, t-shirts, shirts, tank tops, sweatshirts, sweaters; clothing accessories, namely, arm warmers and scarves; headwear, namely, headbands in class 025. |
| 5,617,645 | TIGHT STUFF | Clothing, namely, pants, tights, and leggings in class 025. |
| 5,666,869 | NULU | Clothing, namely, shirts, tank tops, pants, sweatpants, shorts, dresses, jackets, bodysuits, leotards, tights, bras in class 025. |

| | | |
|---|---|---|
| 4,897,183 | | Hooded sweat shirts; Jackets; Coats in class 025. |
| 4,986,083 | | Clothing, namely, tights, pants in class 025. |
| 5,393,854 | | Clothing, namely, tights, pants, leggings in class 025. |
| 5,751,880 | SERIOUSLY LIGHT | Clothing, namely, t-shirts, shirts, tank tops and headbands in class 025. |

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Lululemon's previously granted Motion for Entry of a Temporary Restraining Order establishes that Lululemon has

demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Lululemon will suffer irreparable harm if the injunction is not granted. Specifically, Lululemon has proved a *prima facie* case of trademark infringement because (1) the LULULEMON Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the LULULEMON Trademarks, and (3) Defendants' use of the LULULEMON Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Lululemon. Furthermore, Defendants' continued and unauthorized use of the LULULEMON Trademarks irreparably harms Lululemon through diminished goodwill and brand confidence, damage to Lululemon's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Lululemon has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. As such, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be preliminarily enjoined and restrained from:

    a. using the LULULEMON Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any

product that is not a genuine Lululemon Product or not authorized by Lululemon to be sold in connection with the LULULEMON Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Lululemon Product or any other product produced by Lululemon, that is not Lululemon's or not produced under the authorization, control or supervision of Lululemon and approved by Lululemon for sale under the LULULEMON Trademarks;

c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Lululemon, or are sponsored by, approved by, or otherwise connected with Lululemon;

d. further infringing the LULULEMON Trademarks and damaging Lululemon's goodwill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Lululemon, nor authorized by Lululemon to be sold or offered for sale, and which bear any of Lululemon's trademarks, including the LULULEMON Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. The domain name registries for the Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic,

       Nominet, and the Public Interest Registry, within ten (10) business days of receipt of this Order, shall, at Lululemon's choosing:

       a. unlock and change the registrar of record for the Domain Names to a registrar of Lululemon's selection until further ordered by this Court; or

       b. disable the Domain Names and make them inactive and untransferable until further ordered by this Court.

3. The domain name registrars, including, but not limited to, GoDaddy Operating Company, LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a PublicDomainRegistry.com ("PDR"), and Namecheap Inc. ("Namecheap"), within ten (10) business days of receipt of this Order, shall take any steps necessary to transfer the Domain Names to a registrar account of Lululemon's selection so that the Domain Names can be redirected or disabled until further ordered by this Court.

4. Upon Lululemon's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of the Defendants' Online Marketplaces and Domain Names, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate, (collectively, the "Third Party Providers") shall, within ten (10) business days after receipt of such notice, provide to Lululemon expedited discovery,

including copies of all documents and records in such person's or entity's possession or control relating to:

a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces, Domain Names, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces and Domain Names; and

c. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, Amazon Pay or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon Lululemon's request, those with notice of the injunction, including the Third Party Providers as defined in Paragraph 4, shall, within ten (10) business days after receipt of such notice disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the LULULEMON Trademarks.

6. Defendants shall be temporarily and preliminarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

7. Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com and Amazon Pay, shall, within ten (10) business days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants and the Seller Aliases, Online Marketplaces and Domain Names, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibits 4 and 5 to the Declaration of Perveen Atwal, and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

8. Lululemon is authorized to issue expedited written discovery, pursuant to the Federal Rules of Civil Procedure 33, 34 and 36, related to:

   a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses; and

   b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces, Domain Names, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces and Domain Names.

   Lululemon is authorized to issue any such expedited discovery requests via e-mail. Defendants shall respond to any such discovery requests within three (3) business days of being served via e-mail.

9. Lululemon may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order and other relevant documents on a website to which the Domain Names which are transferred to Lululemon's control will redirect, or by sending an e-mail to the e-mail addresses identified in Exhibits 4 and 5 to the Declaration of Perveen Atwal and any e-mail addresses provided for Defendants by third

parties that includes a link to said website. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

10. Schedule A to the Complaint [2], Exhibits 4 and 5 to the Declaration of Perveen Atwal [13] and [14], and the TRO [22] are unsealed.

11. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

12. The $10,000 bond posted by Lululemon shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

Dated: January 11, 2021                     Entered:

                                            _____
                                            John Robert Blakey
                                            United States District Judge

**Lululemon Athletica Canada Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 20-cv-7345**

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | lululemonshops.club | 2 | lululemonleggings.us.com |
| 3 | shoplululemon.club | 4 | lululemons.online |
| 5 | itcjz.shop | 6 | vhomefit.com |
| 7 | shoulderbag.buzz | 8 | urbandictionarys.today |
| 9 | zqvlnl.xyz | 10 | moomcake.com |
| 11 | BAOGEYANG AI-fitness Store | 12 | BAOGEYANG Official Store |
| 13 | cardism homesport store | 14 | GobyGo Dropship Store |
| 15 | KL Sporting Goods Outlet Store | 16 | KoKossi Outdoor Sporting Store |
| 17 | LooDeel Outdoor Sporting Store | 18 | 52Hz-Yoga Store |
| 19 | Adventure Fit Store | 20 | Angexport Store |
| 21 | Be glorious Store | 22 | big big fashion |
| 23 | Faaodoen Store | 24 | Fitness Drop ship Store |
| 25 | GyMonster Store | 26 | Hello Sue |
| 27 | In Sporting Store | 28 | Locke sophie Store |
| 29 | Migic Fitness Outdoor Store | 30 | miradven Store |
| 31 | MissWho Fitness Store | 32 | Moonglade Store |
| 33 | mvsyo Official Store | 34 | nclagen gymclothing store |
| 35 | nclagen yogaclothing store | 36 | QIUQIU outdoor Store |
| 37 | SALSPOR Official Store | 38 | Shop5880336 Store |
| 39 | Shop5972057 Store | 40 | Shop910552001 Store |
| 41 | Shop910795007 Store | 42 | Shop910810034 Store |
| 43 | TOP10 Store | 44 | yamin gym store |
| 45 | yinlan Official Store | 46 | Yomoriee Sportwear Store |
| 47 | YOOY Official Store | 48 | YOutdoor Store |
| 49 | Zai Xu Store | 50 | Future Direct |
| 51 | Icy zone | 52 | idealister |
| 53 | J.CARP | 54 | Jack Smith Fashion |
| 55 | JECYOGA | 56 | Kiko Van |
| 57 | L Bluedeer | 58 | matchlife |
| 59 | Professional Intimate Products supplier( Lingtex) | 60 | shanmao keji |
| 61 | SPECIALMAGIC | 62 | XGuardians |
| 63 | yanjun liu | 64 | Yilasa |
| 65 | seika86 | 66 | DISMISSED |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/5636346 | 2 | aliexpress.com/store/5242150 |
| 3 | aliexpress.com/store/91044324 | 4 | aliexpress.com/store/4236039 |
| 5 | aliexpress.com/store/3042073 | 6 | aliexpress.com/store/517179 |
| 7 | aliexpress.com/store/422919 | 8 | aliexpress.com/store/5243155 |
| 9 | aliexpress.com/store/5493147 | 10 | aliexpress.com/store/5424179 |
| 11 | aliexpress.com/store/5494010 | 12 | aliexpress.com/store/1522363 |
| 13 | aliexpress.com/store/910844020 | 14 | aliexpress.com/store/5709043 |
| 15 | aliexpress.com/store/5795860 | 16 | aliexpress.com/store/214362 |
| 17 | aliexpress.com/store/5252194 | 18 | aliexpress.com/store/1266156 |
| 19 | aliexpress.com/store/5073413 | 20 | aliexpress.com/store/910431048 |
| 21 | aliexpress.com/store/5871414 | 22 | aliexpress.com/store/5832081 |
| 23 | aliexpress.com/store/5788540 | 24 | aliexpress.com/store/5381346 |
| 25 | aliexpress.com/store/5364236 | 26 | aliexpress.com/store/910315272 |
| 27 | aliexpress.com/store/4966001 | 28 | aliexpress.com/store/5880336 |
| 29 | aliexpress.com/store/5972057 | 30 | aliexpress.com/store/910552001 |
| 31 | aliexpress.com/store/910795007 | 32 | aliexpress.com/store/910810034 |
| 33 | aliexpress.com/store/1891015 | 34 | aliexpress.com/store/4403014 |
| 35 | aliexpress.com/store/5795620 | 36 | aliexpress.com/store/900253154 |
| 37 | aliexpress.com/store/2796055 | 38 | aliexpress.com/store/900254296 |
| 39 | aliexpress.com/store/5439342 | 40 | amazon.com/sp?seller=A3GH39LIYVHGP6 |
| 41 | amazon.com/sp?seller=A24BCT9INPL20E | 42 | amazon.com/sp?seller=ARI6DOZ5L7ZPF |
| 43 | amazon.com/sp?seller=A13ZGS3OFLTO2D | 44 | amazon.com/sp?seller=A36JLU7BHR5ZMD |
| 45 | amazon.com/sp?seller=A28DQU1G8TG2AW | 46 | amazon.com/sp?seller=A145GPL6SJIZWP |
| 47 | amazon.com/sp?seller=A3CJ2LXHR941TS | 48 | amazon.com/sp?seller=A2UWFX7BMPHMSJ |
| 49 | amazon.com/sp?seller=A3CJCITY4D5NZ5 | 50 | amazon.com/sp?seller=AO3WM2VW6OYHT |
| 51 | amazon.com/sp?seller=A2KCA46FZJ0GQS | 52 | amazon.com/sp?seller=A13CQSBGRBAROZ |
| 53 | amazon.com/sp?seller=A20RXZPMCJI5JT | 54 | amazon.com/sp?seller=ARDE1ROZ745B2 |
| 55 | ebay.com/usr/seika86 | 56 | DISMISSED |

| No. | Domain Names | No. | Domain Names |
|---|---|---|---|
| 1 | lululemonshops.club | 2 | lululemonleggings.us.com |
| 3 | shoplululemon.club | 4 | lululemons.online |
| 5 | itcjz.shop | 6 | vhomefit.com |

| No. | Domain Names |
|---|---|
| 7 | shoulderbag.buzz |
| 9 | zqvlnl.xyz |

| No. | Domain Names |
|---|---|
| 8 | urbandictionarys.today |
| 10 | moomcake.com |